No. 349. F. C. HENDERSON, INC., *v.* RAILROAD COMMISSION OF TEXAS ET AL. Appeal from the District Court of the United States for the Western District of Texas. October 3, 1932. Dismissed on motion of *Mr. Richard S. Doyle* for appellant.

No. 360. HEAVNER *v.* LINCOLNTON ET AL. Appeal from the Supreme Court of North Carolina. October 3, 1932. Dismissed on motion of *Mr. Stephen B. Dolley* for appellant.

No. 199. HAWKS ET AL. *v.* HAMILL ET AL. Appeal from the Circuit Court of Appeals for the Tenth Circuit. October 24, 1932. Dismissed with costs on motion of *Messrs. J. Berry King* and *William Chesley Lewis* for appellants.

No. 426. ARKWRIGHT ET AL. *v.* GONSER, EXECUTOR, ET AL. November 7, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit. Petition dismissed for failure to comply with the rules. *Mr. John Ruffalo* for petitioners. No appearance for respondents.

No. 481. PENNY STORES, INC., ET AL. *v.* RICE, ATTORNEY GENERAL, ET AL. November 14, 1932. Appeal dismissed with costs per stipulation of counsel. *Mr. Wm. H. Watkins* for appellants. *Mr. J. A. Lauderdale* for appellees.